*Edwin L. Dolson* for appellant.

*Daniel J. Kenefick* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in both courts, on the authority of *Johnson* v. *Phœnix Bridge Co.* (197 N. Y. 316). Question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

MARTHA E. BOWEN, as Administratrix of the Estate of JAMES BOWEN, Deceased, Appellant, *v.* PHŒNIX BRIDGE COMPANY, Respondent.

*Bowen* v. *Phœnix Bridge Co.*, 134 App. Div. 22, reversed.
(Submitted April 27, 1910; decided May 17, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1909, which reversed an order of Special Term granting a motion for leave to amend the summons and complaint in the above-entitled action and denied said motion.

The following question was certified: "Whether the Supreme Court at Special Term had the power, upon the papers submitted, to grant the amendments appearing in the amended summons and complaint ?"

*Edwin L. Dolson* for appellant.

*Daniel J. Kenefick* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in both courts, on the authority of *Johnson* v. *Phœnix Bridge Co.* (197 N. Y. 316). Question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.